Donald **HUDIE**, Thomas Lavelle, Brotherhood of Railroad Trainmen, Local Lodge No. 1053 et al., Appellants,

v.

**ALIQUIPPA & SOUTHERN RAILROAD COMPANY.**

No. 15784.

United States Court of Appeals Third Circuit.

Argued May 6, 1966.

Decided May 25, 1966.

Albert D. Brandon, Pittsburgh, Pa., for appellants.

Joseph C. Swaim, Jr, Pittsburgh, Pa., for appellee.

Before STALEY, Chief Judge, and KALODNER and FREEDMAN, Circuit Judges.

PER CURIAM:

In the instant case the District Court dismissed an action brought by the appellant plaintiffs seeking to enjoin the defendant railroad from making any changes in the bonus provisions of their Collective Bargaining Agreement and to further order the defendant to pay "the contractual bonus".

The District Court premised its dismissal on the ground that the action involves

**UNITED STATES of America,**
Appellee,

v.

Isaac A. **TAFT**, Appellant.

No. 10366.

United States Court of Appeals Fourth Circuit.

Argued May 3, 1966.

Decided May 11, 1966.

Romallus O. Murphy and Samuel S. Mitchell, Raleigh, N. C. (Mitchell & Murphy, Raleigh, N. C., on brief), for appellant.

Gerald L. Bass, Asst. U. S. Atty. (Robert H. Cowen, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, BRYAN, Circuit Judge, and FIELD, District Judge.

PER CURIAM:

Upon consideration of the record and the arguments of counsel, on brief and orally, the Court finds no substance in the errors assigned for reversal of the conviction of Isaac A. Taft. Accordingly, the judgment now on review on his appeal will be affirmed.

Affirmed.